■ In the Matter of RICHARD M. STRAUSS (Admitted as RICHARD MARK STRAUSS), a Disbarred Attorney. [927 NYS2d 794]—

Ordered that, effective immediately, the respondent Richard M. Strauss, admitted as Richard Mark Strauss, is reinstated as an attorney and counselor-at-law and the Clerk of the Court is directed to restore the name of Richard Mark Strauss to the roll of attorneys and counselors-at-law. Prudenti, P.J., Mastro, Rivera, Skelos and Dillon, JJ., concur.